# United States Bankruptcy Court
### Northern     District Of     Illinois

In re _Zachary Miller_, Debtor

Case No. _09-14735_

Chapter _7_

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐ IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☒ IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _74.75_    Check one ☐ With the filing of the petition, or
                      ☒ On or before _8-24-09_

$ _74.75_    on or before _9-11-09_
$ _74.75_    on or before _9-30-09_
$ _74.75_    on or before _10-20-09_

☐ IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

Date: _8-4-09_

_Susan Pierson Sonderby_
United States Bankruptcy Judge